IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS BETANCOURT, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| SUPT. LOUIS FOLINO, et al. | : | NO. 10-3450 |
| Respondents. | : | |

FILED FEB 23 2011

## O R D E R

AND NOW, this 23) day of February, 2011, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, and after review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ for habeas corpus filed pursuant to 28 U.S.C. § 2254 is DENIED.

3. There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

/S/LEGROME D. DAVIS
_____
LEGROME D. DAVIS, J.

ENTERED
FEB 24 2011
CLERK OF COURT